IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY LIEBBE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-02413-L |
| DALLAS INDEPENDENT SCHOOL DISTRICT, | § § § | |
| *Defendants*. | § § | |

**APPENDIX IN SUPPORT OF DEFENDANT DALLAS INDEPENDENT SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Document | Page |
|---|---|---|
| **A.** | Declaration of Mike Miles | APP.01-013 |
| A1. | Mike Miles's Superintendent's Employment Contract | APP.014-035 |
| A2. | Dallas ISD Board policy BJA (Local) | APP.036 |
| A3. | Dallas ISD BJA (Legal) | APP.037-038 |
| A4. | Dallas ISD Board policy DCD (Local) | APP.039 |
| A5. | 07/23/2014 Email from Mike Miles to Board of Trustees, Subject: Info from Superintendent | APP.040 |
| A6. | 07/23/2014 Emails between Denoris Harris and Mike Miles, Subject: Re Info from Superintendent | APP.041-042 |
| A7. | August 12, 2014 Board Briefing Agenda and Notice | APP.043-049 |
| A8. | Report of Investigation Regarding Employee Jeremy Liebbe | APP.050-080 |
| A9. | Digital Discovery Forensic Report | APP.081-087 |
| A10. | 09/05/2014 Email from Mike Miles to Board of Trustees, Subject: Termination of Liebbe | APP.088-089 |

1

| **Exhibit** | **Document** | **Page** |
|---|---|---|
| A11. | 09/05/2014 Email from Justin Coppedge to Mike Miles, with attached 09/03/2013 Letter from Jeremy Liebbe to Board of Trustees | APP.090-099 |
| A12. | 09/19/2014 Memo from Mike Singleton to Board of Trustees, copying Mike Miles, regarding Status of PSO Investigations | APP.100-102 |
| **B.** | Declaration of Nancy Bingham | APP.103-109 |
| **C.** | Declaration of Dr. Llewellyn Blackburn | APP.110-114 |
| **D.** | Declaration of Carmen Darville | APP.115-125 |
| D1. | 02/14/2014 Memo from Carmen Darville to Jeremy Liebbe, Re: Professional Standards Office Manager Statement of Understanding | APP.126 |
| D2. | 02/17/2014 Letter from Jeremy Liebbe to Carmen Darville, Subject: In Re Professional Standards Office Manager Statement of Understanding | APP.127 |
| D3. | 02/12/2014 Email from Carmen Darville to Jeremy Liebbe, Subject: Recommendations | APP.128 |
| D4. | 01/30/2014 Emails between Tonya Sadler Grayson and Carmen Darville regarding need to tightly manage Mr. Liebbe | APP.128A-128B |
| D5. | 03/07/2014 Email from Mike Miles to Tonya Sadler Grayson, copying Carmen Darville, Subject: FW Allegations – AP at L.A. Stemmons | APP.129-130 |
| D6. | 07/21/2014 Emails between Carmen Darville and Tonya Sadler Grayson, Subject: Re Cameras in and on portable | APP.130A-130B |
| D7. | 07/17/2014 Letter from Carmen Darville to Jeremy Liebbe regarding placement on Administrative Leave | APP.131-132 |
| D8. | 09/22/2014 Letter from Carmen Darville to Jeremy Liebbe, regarding terminating employment | APP.133-133A |
| **E.** | Declaration of Razieh Dobbs | APP.134-140 |
| E1. | Affidavit of Razieh Dobbs relating to investigation of Jeremy Liebbe | APP.141-143 |

| **EXHIBIT** | **DOCUMENT** | **PAGE** |
|---|---|---|
| E2. | Declaration of Razieh Dobbs relating to Jeremy Liebbe's internal employee grievance | APP.144-146 |
| E3. | 04/07/2014 Email from Jeremy Liebbe to Irene Aguilar, Subject: Investigation Interview with Students | APP.147 |
| E4. | 06/19/2014 Email from Jeremy Liebbe to Razieh Dobbs and PSO staff, Subject: Week of July 4th | APP.148 |
| E5. | 06/22/2014 Emails from Jeremy Liebbe to PSO staff and Tonya Sadler Grayson to HCM staff, Subject: District Closure – No Exceptions | APP.149-150 |
| E6. | 07/10/2014 Email from Tonya Sadler Grayson to HR Operations staff, Subject: HR Operations Reorg | APP.151-152 |
| E7. | 07/16/2014 and 07/15/2014 Emails from T Grayson to HR Operations staff, Subject: HR Operations Reorg | APP.153-155 |
| E8. | 08/22/2014 Email from Rene Ronquillo to PSO staff, Subject: PSO Directive | APP.156 |
| E9. | 09/03/2014 Email from Razieh Dobbs to Dwain Pridemore, enclosing Razieh Dobbs's responses to PSO Investigator Questions | APP.157-161 |
| **F.** | Declaration of Thomesa Broadnax | APP.162-168 |
| F1. | Declaration of Thomesa Broadnax relating to Jeremy Liebbe's internal employee grievance | APP.169-173 |
| F2. | 08/22/2014 Email from Thomasa Broadnax to Rene Ronquillo, Subject: Please read | APP.174-175 |
| F3. | 04/07/2014 Email from Jeremy Liebbe to Irene Aguilar, Subject: Investigation Interview with Students | APP.176 |
| F4. | 09/03/2014 Email from Thomasa Broadnax to Dwain Pridemore, enclosing Thomasa Broadnax's responses to PSO Investigator Questions | APP.177-182 |
| F5. | Examples of Thomesa Broadnax's PSO Reports of Investigation | APP.183-198 |

| **Exhibit** | **Document** | **Page** |
|---|---|---|
| **G.** | Declaration of Jennifer Morin | APP.199-201 |
| G1. | Affidavit of Jennifer Morin relating to investigation of Jeremy Liebbe | APP.202-203 |
| **H.** | Declaration of Kimberly Kelly | APP.204-206 |
| H1. | 09/19/2014 Jeremy Liebbe Grievance Form | APP.207-232 |
| H2. | 10/01/2014 Jeremy Liebbe Level I Waiver | APP.233 |
| H3. | 10/03/2014 Jeremy Liebbe Level II Grievance Hearing Notice | APP.234 |
| H4. | 10/07/2014 Jeremy Liebbe Level I and Level II Grievance Hearing Guidelines | APP.235 |
| H5. | 10/21/2014 Jeremy Liebbe Level II Decision | APP.236-238 |
| H6. | 11/05/2014 Jeremy Liebbe Level III Grievance Form | APP.239-242 |
| H7. | 11/06/2014 Jeremy Liebbe Level III Grievance Hearing Notice | APP.243 |
| H8. | 11/17/2014 Jeremy Liebbe Level III Decision | APP.244-245 |
| H9. | 10/07/2014 Jeremy Liebbe's Grievance Exhibit List | APP.246-249 |
| H10. | 10/07/2014 District's Grievance Exhibit List | APP.250-253 |
| **I.** | Declaration of Denoris Harris | APP.254-257 |
| I1. | Dallas ISD BA (Legal) | APP.258 |
| I2. | Dallas ISD BAA (Legal) | APP.259-262 |
| I3. | Dallas ISD BBD (Exhibit) | APP.263-266 |
| I4. | Dallas ISD Board policy BBE (Local) | APP.267 |
| I5. | Dallas ISD Board policy BE (Local) | APP.268-272 |
| I6. | Dallas ISD BE (Legal) | APP.273-281 |
| I7. | Dallas ISD Board policy BED (Local) | APP.282-284 |

| **Exhibit** | **Document** | **Page** |
|---|---|---|
| I8. | Dallas ISD BED (Legal) | APP.285-286 |
| I9. | Dallas ISD Board policy BF (Local) (current version) | APP.287-289 |
| I10. | Dallas ISD Board policy BF (Local) (in effect on 11/13/2014) | APP.290-292 |
| I11. | Dallas ISD Board policy BI (Local) | APP.293-294 |
| I12. | Dallas ISD Board policy BKB (Local) | APP.295 |
| I13. | Dallas ISD Board policy BP (Local) | APP.296-297 |
| I14. | Dallas ISD BP (Legal) | APP.298 |
| I15. | Dallas ISD Board policy CQ (Local) | APP.299-301 |
| I16. | Dallas ISD CQ (Regulation) | APP.302-312 |
| I17. | Dallas ISD CQ (Exhibit) | APP.313-320 |
| I18. | Dallas ISD Board policy DBAA (Local) | APP.321-325 |
| I19. | Dallas ISD DBAA (Legal) | APP.326-333 |
| I20. | Dallas ISD Board policy DCD (Local) | APP.334 |
| I21. | Dallas ISD DCD (Legal) | APP.335 |
| I22. | Dallas ISD DG (Legal) | APP.336-340 |
| I23. | Dallas ISD Board policy DGA (Local) | APP.341 |
| I24. | Dallas ISD DGA (Legal) | APP.342 |
| I25. | Dallas ISD Board policy DGBA (Local) | APP.343-348 |
| I26. | Dallas ISD DGBA (Legal) | APP.349-352 |
| I27. | Dallas ISD DGBA (Regulation) | APP.353-354 |
| I28. | Dallas ISD Board policy DH (Local) | APP.355-362 |
| I29. | Dallas ISD DH (Regulation) | APP.363-367 |

| **EXHIBIT** | **DOCUMENT** | **PAGE** |
|---|---|---|
| I30. | Dallas ISD DH (Exhibit) | APP.368-370 |
| I31. | Dallas ISD FL (Legal) | APP.371-393 |
| **J.** | Declaration of Donald R. Smith, Jr. | APP.394-398 |
| J1. | 06/18/2013 Internal Audit Report regarding DISD Criminal History Background Checks | APP.399-406 |
| J2. | 07/22/2014 Case Detail for Case Number 12302 regarding inspection of Dallas ISD employee criminal history background checks | APP.407-408 |
| J3. | 10/17/2014 OIA Report of Inspection for Case Number 12302 regarding Dallas ISD employee criminal history background checks | APP.409-418 |
| J4. | 08/22/2014 Email from Rene Ronquillo to Donald Smith, Subject: FW Please read | APP.419-420 |
| J5. | 09/12/2014 Memorandum from Donald Smith to Mike Singleton regarding Status of PSO Issues to Date | APP.421-422 |
| J6. | 09/25/2014 OIA Report of Inspection regarding the Status of Child Abuse Investigations Done by the Professional Standards Office Since Inception | APP.423-435 |
| J7. | 09/25/2014 Email from Mike Singleton to Donald Smith, Subject: FW PSO Cases and Information | APP.436-437 |
| **K.** | 11/13/2014 Jeremy Liebbe Level III Grievance Hearing Transcript | APP.438-457 |
| **L.** | Transcript of Deposition of Mike Miles (excerpts) | APP.458-493 |
| Ex. 14 | 09/06/2014 Email from Bernadette Nutall to Jeremy Liebbe, Subject: FW Termination of Liebbe | APP.494 |
| **M.** | Transcript of Deposition of Jack Elrod (excerpts) | APP. 495-516 |
| Ex. 6 | 07/23/2014 Email from Jack Elrod to Peter Schulte, Subject: Re Time Sensitive: Jeremy Liebbe | APP.517 |
| **N.** | Transcript of Deposition of Carmen Darville (excerpts) | APP.518-552 |

6

| **Exhibit** | **Document** | **Page** |
|---|---|---|
| Ex. 3 | Action Memo from Carmen Darville, Subject: Requested action | APP.553 |
| **O.** | Transcript of Deposition of Hilary Antoinette Saade (excerpts) | APP.554-572 |
| Ex. 2 | 07/22/14 Handwritten Notes (excerpts) | APP.573-574 |
| Ex. 8 | Affidavit of Hilary Antoinette Saade relating to investigation of Jeremy Liebbe | APP.575-576 |
| **P.** | 04/10/2017 Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories | APP.577-626 |
| **Q.** | Transcript of Deposition of Jeremy Liebbe | APP.627-711 |
| Ex. 8 | Jeremy Liebbe's Dallas Independent School District Online Application | APP.712-723 |
| Ex. 9 | Dallas Independent School District Position Description for Job ID 7896 | APP.724-725 |
| Ex. 10 | 01/21/2014 Letter of Assignment to Jeremy Liebbe | APP.726 |
| Ex. 13 | Dallas Independent School District Position Description for Job Name 2123 Manager (HR) Admin | APP.727-728 |
| Ex. 16 | Structure of the Professional Standards Office | APP.729 |
| **R.** | 03/27/2015 Dallas ISD's Objections and Response to Petitioner Jeremy Liebbe's Verified Petition to Take Depositions Before Suit | APP.730-751 |
| **S.** | Declaration of Tonya Sadler Grayson | APP.752-757 |
| S1. | PSO Manager Job Posting | APP.758 |
| S2. | Dallas Independent School District Position Description for Job Name 2123 Manager (HR) Admin | APP.759-760 |
| S3. | Structure of the Professional Standards Office | APP.761 |
| S4. | Tonya Sadler Grayson Employee Statement | APP.762-771 |

Respectfully submitted,

/s/ Kathryn E. Long
CARLOS G. LOPEZ
clopez@thompsonhorton.com
State Bar No. 12562953

KATHRYN E. LONG
klong@thompsonhorton.com
State Bar No. 24041679

Oleg V. Nudelman
onudelman@thompsonhorton.com
State Bar No. 24099473

**THOMPSON & HORTON LLP**
Ross Tower
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants*
*Dallas Independent School District*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served upon all parties via the Court's electronic filing system and via email on this 23rd day of October, 2017.

Austin P. Campbell
Law Office of Rob Wiley, P.C.
2613 Thomas Avenue
Dallas, TX  75204
acampbell@robwiley.com

/s/ Kathryn E. Long

927592